```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,      )
                               )   No. CR-11-011-RMP-2
               Plaintiff,      )
                               )   ORDER ON PLEA, DENYING AS
v.                             )   MOOT MOTION FOR DETENTION,
                               )   GRANTING ORAL MOTION TO
DUSTIN CHARLES HOYLE,          )   MODIFY AND CORRECTING CURFEW
                               )
               Defendant.      )
                               )
```

At Defendant's January 26, 2011, arraignment, the United States was represented by Assistant U.S. Attorney George Jacobs; the Defendant was present with Assistant Federal Defender Jaime M. Hawk. The Defendant entered pleas of not guilty to all counts.

The pleas of Defendant are received, and the Defendant is bound over for trial before a district judge.

The United States withdrew its Motion for Detention and orally moved to modify Defendant's conditions of release. The Motion for Detention **(Ct. Rec. 35)** is **DENIED as moot**. The United States' oral Motion to modify **(Ct. Rec. 36)** is **GRANTED**. **Defendant's conditions of release are modified to reflect Defendant shall not use any alcohol.** In addition, this court's prior Order is corrected to reflect a curfew of **8:00 p.m. to 6:00 a.m.**

**IT IS SO ORDERED.**

DATED January 26, 2011.

                    S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE