# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.     Dustin Charles Hoyle     Docket No.     2:11CR00011-002

**Petition for Action on Conditions of Pretrial Release**

    COMES NOW Shawn Kennicutt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dustin Charles Hoyle who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in Court at Spokane, WA, on the 12th day of January 2011, under the following conditions:

**Special Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Dustin Charles Hoyle is considered in violation of his conditions of pretrial release by using Hydrocodone and Hydromorphone without a valid prescription on or about February 7, 2011.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     03/01/2011

by     s/Shawn Kennicutt

Shawn Kennicutt
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[X]    The Issuance of a Summons
[ ]    Other

S/ CYNTHIA IMBROGNO

Signature of Judicial Officer

3/1/2011

Date