PROB 12C
(7/93)

Report Date: July 16, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 16 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Charles Hoyle            Case Number: 2:11CR00011-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U. S. District Judge

Date of Original Sentence: July 11, 2011

Original Offense:       Damage to Government Property, 18 U.S.C. §§ 1361 and 2

Original Sentence:      Prison - 60 Days;                Type of Supervision: Supervised Release
                        TSR - 12 Months

Asst. U.S. Attorney:    George J. C. Jacobs, III         Date Supervision Commenced: July 21, 2011

Defense Attorney:       Jaime Hawk                       Date Supervision Expires: July 20, 2012

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number | Nature of Noncompliance

1 | **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: Dustin Hoyle missed his urinalysis tests on March 8 and 22, April 23, 24 and 30, May 15 and 22, June 4 and July 9, 2012. Mr. Hoyle's schedule for attending his outpatient groups has been irregular, as the treatment provider has tried to accommodate his work schedule, and allowed him to miss some sessions with the understanding that he would make them up. According to the offender, his employer has not been understanding about missing work because of his treatment sessions. On June 6, 2012, Mr. Hoyle was informed by the undersigned officer that if he missed one more group treatment session, a violation report would be sent to the Court. He then failed to attend treatment on July 9, 2012.

2 | **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
Re: **Hoyle, Dustin Charles**
July 16, 2012
Page 2

**Supporting Evidence**: Dustin Hoyle had a positive urinalysis test for hydrocodone and oxycodone on June 26, 2012. The urinalysis test given on this date was confirmed by the laboratory on July 11, 2012. On July 13, 2012, Mr. Hoyle admitted to the U.S. Probation Office that he had a relapse when a friend came to the residence where he was living.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/16/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/16/2012
Date