PROB 12C
(7/93)

Report Date: October 15, 2012

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

OCT 15 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Charles Hoyle        Case Number: 2:11CR00011-002

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Chief U.S. District Judge

Date of Original Sentence: July 11, 2011

Original Offense: Damage to Government Property, 18 U.S.C. §§ 1361 and 2

Original Sentence: Prison - 60 Days;        Type of Supervision: Supervised Release
TSR - 12 Months

Asst. U.S. Attorney: George J. C. Jacobs, III        Date Supervision Commenced: October 2, 2012

Defense Attorney: Jaime Hawk        Date Supervision Expires: September 25, 2013

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #7**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Hoyle reported to the Pioneer Residential Reentry Center (RRC) on October 2, 2012, to begin 180 days of public law placement. On October 15, 2012, Mr. Hoyle was given a urinalysis test at the RRC which tested presumptively positive for methamphetamine. Mr. Hoyle admitted to the staff at the RRC that he had used methamphetamine, and indicated that he received the methamphetamine from another resident. |
| 2 | **Special Condition #22**: You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.<br><br>**Supporting Evidence**: The RRC is terminating Mr. Hoyle's placement due to the offender's use of methamphetamine. Mr. Hoyle can no longer reside at the RRC. |

Prob12C
Re: Hoyle, Dustin Charles
October 15, 2012
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/15/2012

s/Anne L. Sauther

Anne L. Sauther
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malony Peterson*
Signature of Judicial Officer

October 15, 2012
Date